UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No:   8:18-cv-02208-AG-KES            Date:   1/31/2019

Title:  NANCY LOU REAVES V. STUART M. RICE ET AL

Present: The Honorable   ANDREW J. GUILFORD  , U. S. District Judge

| Melissa Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Reid | Bruce Lorman |

**Proceedings:** EARLY SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court waives all Rule 16 and 26 requirements except for early disclosure requirements.

The Court sets the following dates:

Discovery Cutoff is November 4, 2019.

A Final Pretrial Conference is set for January 27, 2020 at 08:30 AM.

A Jury Trial is set for February 4, 2020 at 09:00 AM. Court sets the length of the trial at 3 days.

Scheduling Order Specifying Procedures is signed and filed this date.

The Court orders ADR Procedure No. 2, before the Court's mediation panel.

**cc: ADR**

0:02
Initials of Preparer:  mku
