# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LOU REAVES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STUART M. RICE, as Executor and Trustee of THE SAMUEL WEINBERG TRUST, doing business as SAM'S FAMILY SPA HOT WATER RESORT; WEINBERG RENTALS, LLC, a California limited liability company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-02208-AG-KES<br>Assigned for all purposes to:<br>Hon. Andrew J. Guilford, Courtroom 10D<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Filed: December 12, 2018<br>Trial date: Not assigned |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated: January 13, 2020          By: _____
                                              Hon. Andrew J. Guilford
                                              United States District Judge

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**